IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE FIRST LIBERTY INSURANCE CORPORATION | : : : | CIVIL ACTION |
| v. | : : | |
| MM, et al. | : | NO. 16-5397 |

## ORDER

AND NOW, this 28th day of April, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff The First Liberty Insurance Corporation for judgment on the pleadings (Doc. # 12) is GRANTED;

(2) the court declares that The First Liberty Insurance Corporation has no duty to defend or indemnify MM, a pseudonym, in the civil action filed by BB, a pseudonym, against MM in the Superior Court of the District of Columbia (No. 2016 CA 005017 B); and

(3) the motion of defendant MM for partial judgment on the pleadings (Doc. # 11) is DENIED and his counterclaims are DISMISSED.

BY THE COURT:

/s/ Harvey Bartle III
                                              J.